IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KENNETH L. WALLER                                                                       PLAINTIFF

        v.                   Civil No. 1:10-cv-01064

KIM VAILLANCOURT, Contract Manager,
Correctional Healthcare Management, Inc.;
OFFICER GREER, Transportation Officer, Union County
Criminal Justice Center; LT. BASS, Union County
Criminal Justice Center; OFFICER CLAWSON,
Jailer, Union County Criminal Justice Center;
NURSE KELLY, Union County Criminal Justice
Center; and NURSE REGINA STEWART,
Correctional Healthcare Management, Inc.                               DEFENDANTS

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff filed this case pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Robert T. Dawson, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

Plaintiff has filed a motion to dismiss (ECF No. 17). He indicates he no longer desires to proceed with this case. Defendants have not objected to the dismissal of the case.

I therefore recommend that the motion (ECF No. 17) be granted and this case dismissed.

**The parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 27th day of June 2011.

                                                                 /s/ Barry A. Bryant
                                                                  HON. BARRY A. BRYANT
                                                                  UNITED STATES MAGISTRATE JUDGE