IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KENNETH L. WALLER                                              PLAINTIFF

v.                              Case No. 10-1064

KIM VAILLANCOURT, *et al*.                                    DEFENDANTS

## ORDER

Now on this 19th day of July, 2011, there comes on for consideration the report and recommendation filed on June 27, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas (doc. 18).  No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Plaintiff's Motion to Dismiss (doc. 17) is GRANTED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.


/s/  Robert  T.  Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)